Susan St. Vincent
Yosemite Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-0063-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| ANDY MONTANA JAMES HARD, | |
| Defendant. | |

I, Matthew McNease, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for four years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Andy Montana James HARD has failed to pay his fine.

As the legal officer, I am aware that Andy Montana James HARD, was charged in

1

a seven count complaint filed on September 2, 2015. On August 25, 2015, HARD plead guilty to Count 1: driving without a valid driver's license, in violation of Title 36 C.F.R. § 4.2, incorporating C.V.C. § 12500(a), and Count 2: operating a motor vehicle without due care, in violation of Title 36 C.F.R. § 4.22(b)(1), and was sentenced to unsupervised probation for a period of 12 months, to pay a $500 fine at a rate of $50/month, obey all laws, and to notify the court and government officer of any new violations. The Court set a review hearing for July 19, 2016 at 10:00 AM, and ordered HARD to be personally present if he had violated any of the terms of his probation.

The government alleges HARD has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:   FAILURE TO PAY FINE

HARD was ordered to pay a $500 fine at a rate of $50/month. To date, HARD has not made any payments on the fine.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

7/7/2016
Date

Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/7/2016
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2